**United States District Court**
For the Northern District of California

*E-filed 7/17/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE CORP, et al., | Case No. C06-02889 HRL |
| Plaintiffs, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| TEILHARD TECHNOLOGIES, et al., | |
| Defendants. | |

On July 18, 2006 at 1:30 p.m. in Courtroom 2, the court will hold a status conference to discuss the parties' consent to magistrate judge jurisdiction, a new case management conference date, and other timing issues. Defendants' attorneys, at their option, may appear telephonically. Plaintiff's attorneys shall appear in person. The case management conference, which had been set for July 18, 2006, at 1:30 p.m. is vacated.

**IT IS SO ORDERED.**

Dated: 7/17/06

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

Peggy E. Bruggman pbruggman@mofo.com

Douglas E. Lumish doug.lumish@weil.com, arlene.uyemura@weil.com

Matthew D. Powers matthew.powers@weil.com

Matthew M. Sarboraria matthew.sarboraria@oracle.com

A courtesy copy will be delivered to:

Dorian Daley
500 Oracle Parkway
Redwood Shores, CA 94065

George M. Borkowski
11377 West Olympic Blvd.
Los Angeles, CA 90064
Fax: (310) 231-8405

**Counsel are responsible for notifying opposing counsel of this change.**

Dated: July 17, 2006            JMM
                                 Chambers of Magistrate Judge Howard R. Lloyd