[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA INC. and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TEILHARD TECHNOLOGIES, SHOPPLEX.COM CORPORATION, JUXTACOMM TECHNOLOGIES, INC., and SECURE GROUP, INC.,<br><br>Defendants. | Case No. C 06 2889 HRL<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: July 18, 2006<br>Time: 1:30 p.m.<br>**Honorable Howard Lloyd** |

Pursuant to Civil Local Rules 6-2 and 7-12, the Parties request a continuance of the Initial Case Management Conference, presently scheduled for July 18, 2006, at 1:30 p.m., to October 2, 2006, at 1:30 p.m. or as soon thereafter as is convenient for the Court. This continuance is warranted because Defendant/Patentees Teilhard Technologies, Shopplex.Com Corporation, Juxtacomm Technologies, Inc., and Secure Group, Inc., (hereinafter referred to as "Teilhard") have yet to respond to Oracle's complaint seeking declaratory judgment of non-infringement and invalidity of Teilhard's patent. Upon receipt of Oracle's request on May 12, 2006, Teilhard waived formal service. Teilhard's response is due on August 10, 2006, and until Teilhard responds to Oracle's complaint, the full extent of the issues to be litigated is unknown. Further, Teilhard intends to file a counterclaim in the action to which Oracle will need to respond. Moreover, Teilhard only engaged Mitchell Silberberg & Knupp LLP as trial counsel recently on

1  July 13, 2006, and thus the parties have been unable to meet and confer regarding initial
2  disclosures, early settlement, ADR process selection, or a discovery plan.
3        To coincide with the requested continuance of the Case Management Conference,
4  the parties also jointly request continuances for related dates and respectfully ask the Court to set
5  the following revised schedule based upon the revised Case Management Conference date:

| Original Date | Proposed Date | Event |
|---|---|---|
| 4/27/2006 | | Complaint filed |
| 6/27/2006<br>(21 days before CMC) | 9/11/2006 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 7/11/2006<br>(7 days before CMC) | 9/25/2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report |
| 7/18/2006 | ~~10/2/2006~~<br>10/6/06 @ 2 p.m. | Initial Case Management Conference in Courtroom 2, 5th Floor SJ at 1:30 p.m. |

STIPULATED REQUEST FOR CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERENCE      2      Case No. C 06 2889HRL AU1:\9591\08\7#f08!.DOC\66385.0018

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Respectfully submitted,

Dated: July 14, 2006                               WEIL, GOTSHAL & MANGES LLP


By: <u>*/s/ Douglas E. Lumish*</u>
Douglas E. Lumish
Attorneys for Plaintiffs
ORACLE CORPORATION,
ORACLE USA, INC. and
ORACLE INTERNATIONAL
CORPORATION


MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

DORIAN E. DALEY (Bar No. 129049)
dorian.daley@oracle.com
PEGGY E. BRUGGMAN (Bar No. 184176)
peggy.bruggman@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Plaintiffs
ORACLE CORPORATION, ORACLE USA, INC. and
ORACLE INTERNATIONAL CORPORATION

---

STIPULATED REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE     3     Case No. C 06 2889HRL    AU1:\9591\08\7#f08!.DOC\66385.0018

| | |
|---|---|
| 1 | MITCHELL SILBERBERG & KNUPP LLP |
| 2 | |
| 3 | By: /s/ George Borkowski |
|   | George M. Borkowski |
| 4 | Attorneys for Defendants |
|   | TEILHARD TECHNOLOGIES, |
| 5 | SHOPPLEX.COM |
|   | CORPORATION, JUXTACOMM |
| 6 | TECHNOLOGIES, INC., and |
|   | SECURE GROUP, INC. |
| 7 | |
| 8 | GEORGE M. BORKOWSKI (Bar No. 133416) |
|   | gmb@msk.com |
| 9 | KARIN G. PAGNANELLI (Bar No. 174763) |
|   | kgp@msk.com |
| 10 | MITCHELL SILBERBERG & KNUPP LLP |
|    | 11377 West Olympic Blvd. |
| 11 | Los Angeles, CA 90064 |
|    | Telephone: (310) 312-2000 |
| 12 | Facsimile: (310) 231-8405 |
| 13 | Attorneys for Defendants |
|    | TEILHARD TECHNOLOGIES, |
| 14 | SHOPPLEX.COM CORPORATION, |
|    | JUXTACOMM TECHNOLOGIES, INC., |
| 15 | and SECURE GROUP, INC. |

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED,

3 The Initial Case Management Conference is reset to October 2, 2006, at 1:30 p.m.,

4 and the Case Schedule and ADR Deadlines are revised as follows:

| Original Date | Revised Date | Event |
|---|---|---|
| 4/27/2006 | | Complaint filed |
| 6/27/2006 (21 days before CMC) | 9/11/2006 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 7/11/2006 (7 days before CMC) | 9/25/2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report |
| 7/18/2006 | ~~10/2/2006~~ 10/6/06 @ 2 p.m. | Initial Case Management Conference in Courtroom 2, 5th Floor SJ at 1:30 p.m. |

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

Dated: _____, 2006