1  GEORGE M. BORKOWSKI (SBN 133416)
   gmb@msk.com
2  KARIN G. PAGNANELLI (SBN 174763)
   kgp@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendants
   Teilhard Technologies, Shopplex.com
7  Corporation, Juxtacomm Technologies, Inc.,
   and Secure Group, Inc.
8
   MATTHEW D. POWERS (SBN 104795)
9  matthew.powers@weil.com
   DOUGLAS E. LUMISH (SBN 183863)
10 doug.lumish@weil.com
   WEIL, GOTSHAL & MANGES LLP
11 Silicon Valley Office
   201 Redwood Shores Parkway
12 Redwood Shores, CA 94065
   Telephone: (650) 802-3000
13 Facsimile: (650) 802-3100

14 Attorneys for Plaintiffs
   Oracle Corporation, Oracle USA, Inc.,
15 and Oracle International Corporation

16

17                 UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19

| 20 | ORACLE CORPORATION, ORACLE USA INC., and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TEILHARD TECHNOLOGIES, SHOPPLEX.COM CORPORATION, JUXTACOMM TECHNOLOGIES, INC., and SECURE GROUP, INC.,<br><br>Defendants. | CASE NO. C 06 2889 SI<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date: October 6, 2006<br>Time: 2:00 p.m.<br>Ctrm: The Hon. Susan Illston |
|---|---|---|

1  THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD,
2  HEREBY STIPULATE AND AGREE AS FOLLOWS:
3      1.    Defendants' response to Plaintiffs' complaint is due on August 10, 2006;
4      2.    On July 18, 2006, this action was reassigned to this Court from the Honorable
5  Magistrate Judge Howard Lloyd. Just prior to the reassignment, the parties had requested that
6  Judge Lloyd set the following dates:
7      September 11, 2006: Last date to meet and confer re: initial disclosures, early settlement,
8  ADR process selection, and discovery plan; file ADR Certification; file either stipulation to ADR
9  Process or Notice of Need for ADR Phone Conference;
10     September 25, 2006: Last day to complete initial disclosures or state objection in
11 Rule 26(f) report, file Case Management Statement, and file Rule 26(f) Report;
12     October 2, 2006: Initial Case Management Conference;
13     3.    Upon having this case reassigned to it, this Court issued an Order setting the above
14 dates, with the exception that it set the Initial Case Management Conference for October 6, 2006,
15 at 2:00 p.m.;
16     4.    Both counsel of record for Defendants will be out of the State on that day on
17 another matter that had been previously scheduled;
18     5.    The Court's clerk has informed counsel for the Defendants that the Court is not
19 available for an Initial Case Management Conference on October 13, 2006, but is available on
20 October 20, 2006;
21     6.    Counsel for Plaintiffs does not object to continuing the Initial Case Management
22 Conference to October 20, 2006, at 2:00 p.m.;
23     7.    The other dates set in the Court's Order would remain the same; and
24     8.    Good cause exists for the requested continuance based on the foregoing facts.
25
26     WHEREAS, the parties request that the Court continue the Initial Case Management
27 Conference in this action to October 20, 2006, at 2:00 p.m. and that the other dates the Court has
28 set in its July 18, 2006, Order remain unchanged.

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/s/) within this e-filed document.
3  Respectfully submitted,

4
5  Dated: July 31, 2006                                    MITCHELL SILBERBERG & KNUPP LLP

6
7                                                          By: /s/ George M. Borkowski
                                                              George M. Borkowski
                                                              Attorneys for Defendants
8                                                             Teilhard Technologies, Shopplex.com
                                                              Corporation, Juxtacomm Technologies,
9                                                             Inc., and Secure Group, Inc.

10  Dated: July 31, 2006                                   WEIL, GOTSHAL & MANGES LLP
11
12                                                         By: /s/ Douglas E. Lumish
                                                              Douglas E. Lumish
13                                                            Attorneys for Plaintiffs
                                                              Oracle Corporation, Oracle USA, Inc., and
14                                                            Oracle International Corporation

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mitchell
Silberberg &
Knupp LLP

1040293.2

3

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE – C 06 2889 SI

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

The Initial Case Management Conference in this matter is reset to October 20, 2006, at 2:00 p.m. The other Case Schedule and ADR Deadlines shall remain the same.

Dated: 8/2/06

The Honorable Susan Illston
United States District Judge