MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiffs
ORACLE CORPORATION, ORACLE USA, INC. and
ORACLE INTERNATIONAL CORPORATION

GEORGE M. BORKOWSKI (Bar No. 133416)
gmb@msk.com
KARIN G. PAGNANELLI (Bar No. 174763)
kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 312-2000
Facsimile: (310) 231-8405

Attorneys for Defendants
SHOPPLEX.COM CORPORATION, d/b/a TEILHARD TECHNOLOGIES, and
JUXTACOMM TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA INC. and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TEILHARD TECHNOLOGIES, SHOPPLEX.COM CORPORATION, JUXTACOMM TECHNOLOGIES, INC., and SECURE GROUP, INC.,<br><br>Defendants. | Case No. C 06 2889 SI<br><br>**REVISED STIPULATED MOTION FOR ORDER TO SHORTEN TIME RE: ORACLE'S MOTION FOR JURISDICTIONAL DISCOVERY AND [PROPOSED] ORDER**<br><br>**No Hearing Requested**<br><br>**Honorable Susan Illston** |

The Parties submit this Revised Stipulated Motion for Order to Shorten Time to correct errors in the Stipulated Motion to Shorten Time filed on Thursday, August 24, 2006.

REVISED STIPULATED MOTION FOR ORDER TO SHORTEN TIME  1  Case No. C 06 2889 SI

Pursuant to Civil Local Rules 6-2 and 7-12, the Parties request an Order shortening time for briefing and hearing on Oracle's Motion for Jurisdictional Discovery.

The Parties request that the Court issue an Order Shortening Time and adopting the following schedule:

| | |
|---|---|
| August 24, 2006 | Oracle files its Motion for Jurisdictional Discovery |
| August 30, 2006 | Teilhard files its responsive brief |

Good cause exists for this continuance to enable the Court to decide Oracle's motion for discovery before Oracle's opposition to Teilhard's motion to dismiss is due to be filed on September 8, 2006.

In its Motion for Jurisdictional Discovery, Oracle requests a Continuance of the Briefing Schedule and Hearing on Defendant Teilhard's Motion to Dismiss.

For all the foregoing reasons, the Parties request that this Court adopt the briefing schedule proposed above, or such other shortened briefing schedule as the Court may allow in order for the parties to complete briefing and respond.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Respectfully submitted,

Dated: August 25, 2006  WEIL, GOTSHAL & MANGES LLP

By: */s/ Douglas E. Lumish*
Douglas E. Lumish
Attorneys for Plaintiffs
ORACLE CORPORATION,
ORACLE USA, INC. and
ORACLE INTERNATIONAL
CORPORATION

MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@weil.com
WEIL, GOTSHAL & MANGES LLP

| | |
|---|---|
| 1 | |
| 2 | Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000 |
| 3 | Facsimile: (650) 802-3100 |
| 4 | DORIAN E. DALEY (Bar No. 129049)<br>dorian.daley@oracle.com |
| 5 | PEGGY E. BRUGGMAN (Bar No. 184176)<br>peggy.bruggman@oracle.com |
| 6 | MATTHEW M. SARBORARIA (Bar No. 211600) |
| 7 | matthew.sarboraria@oracle.com<br>ORACLE CORPORATION |
| 8 | 500 Oracle Parkway<br>Redwood Shores, CA 94065 |
| 9 | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 |
| 10 | |
| 11 | Attorneys for Plaintiffs<br>ORACLE CORPORATION, ORACLE USA, INC. and |
| 12 | ORACLE INTERNATIONAL CORPORATION |
| 13 | MITCHELL SILBERBERG & KNUPP LLP |
| 14 | |
| 15 | By: */s/ George Borkowski* |
| 16 | George M. Borkowski<br>Attorneys for Defendants |
| 17 | SHOPPLEX.COM CORPORATION, d/b/a<br>TEILHARD TECHNOLOGIES, and |
| 18 | JUXTACOMM TECHNOLOGIES, INC. |
| 19 | GEORGE M. BORKOWSKI (Bar No. 133416)<br>gmb@msk.com |
| 20 | KARIN G. PAGNANELLI (Bar No. 174763)<br>kgp@msk.com |
| 21 | MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Blvd. |
| 22 | Los Angeles, CA 90064<br>Telephone: (310) 312-2000 |
| 23 | Facsimile: (310) 231-8405 |
| 24 | Attorneys for Defendants<br>SHOPPLEX.COM CORPORATION, d/b/a |
| 25 | TEILHARD TECHNOLOGIES, and<br>JUXTACOMM TECHNOLOGIES, INC. |
| 26 | |
| 27 | |
| 28 | |

REVISED STIPULATED MOTION FOR ORDER TO SHORTEN TIME     3     Case No. C 06 2889 SI

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

The following deadlines have been revised as follows:

**August 24, 2006**     Oracle files its Motion for Jurisdictional Discovery

**August 30, 2006**     Teilhard files its responsive brief

_____
Hon. Susan Illston
United States District Judge

Dated: _____ , 2006

ORDER GRANTING STIPULATED MOTION TO SHORTEN TIME