1    [ALL COUNSEL LISTED ON SIGNATURE PAGES]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA INC. and ORACLE INTERNATIONAL CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>TEILHARD TECHNOLOGIES, SHOPPLEX.COM CORPORATION, JUXTACOMM TECHNOLOGIES, INC., and SECURE GROUP, INC.,<br><br>        Defendants. | Case No. C 06 2889 SI<br><br>**SECOND STIPULATED REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**Honorable Susan Illston** |

I.

# JOINT REQUEST FOR CONTINUANCE

Pursuant to Civil Local Rules 6-2 and 7-12, the Parties request that the Initial Case Management Conference currently scheduled for January 26, 2007 be continued by approximately one month to February 23, 2007 at 2:00 p.m. or as soon thereafter as is convenient for the Court. The parties also request that the due date for the Joint Case Management Statement be continued to February 16, 2007.

This continuance is warranted for the following reasons: Defendant/Patentees Shopplex.com Corporation, d/b/a Teilhard Technologies, and Juxtacomm Technologies, Inc., (hereinafter referred to as "Teilhard") have not yet filed an answer to Oracle's complaint seeking declaratory judgment of non-infringement and invalidity of Teilhard's patent. Teilhard responded to Oracle's complaint, by moving to dismiss the complaint for lack of subject matter and personal jurisdiction. On September 29, 2006, the Court denied Teilhard's subject matter jurisdiction motion, and permitted Oracle to take limited discovery related to Teilhard's still-pending personal jurisdiction motion. No opposition or reply briefing has yet been filed or scheduled, and no hearing date has yet been set for this pending motion.

The parties are still in ongoing discussions in an effort to resolve amicably their jurisdictional dispute, and possibly the case as a whole, and thus avoid the need to proceed with the jurisdictional discovery permitted by the Court's September 29, 2006 Order. The requested extension will allow the parties to complete these discussions. In the event that the parties are unable to resolve their disputes amicably, the extension will enable the parties to schedule and complete the personal jurisdiction discovery before the Case Management Conference.

Accordingly, the parties respectfully ask the Court to set the following revised schedule:

| Original Date | Proposed Date | Event |
|---|---|---|
| 1/26/2007 | 2/16/2007 | Last day to submit Joint Case Management Statement |
| 1/16/2007 | 2/23/2007 | Initial Case Management Conference at 2:00 p.m. |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: January 23, 2007

Respectfully submitted,

By:   /s/ Douglas E. Lumish
Matthew D. Powers (Bar No. 104795)
matthew.powers@weil.com
Douglas E. Lumish (Bar No. 183863)
doug.lumish@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Dorian E. Daley (Bar No. 129049)
dorian.daley@oracle.com
Peggy E. Bruggman (Bar No. 184176)
peggy.bruggman@oracle.com
Matthew M. Sarboraria (Bar No. 211600)
matthew.sarboraria@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Plaintiffs
ORACLE CORPORATION, ORACLE USA, INC. and ORACLE INTERNATIONAL CORPORATION

|   |   |   |
|---|---|---|
| 1 | By: | /s/ George M. Borkowski |
| 2 |   | George M. Borkowski (Bar No. 133416)<br>Karen Pagnanelli (Bar No. 174763)<br>MITCHELL SILBERBERG & |
| 3 |   | KNUPP LLP<br>11377 West Olympic Blvd. |
| 4 |   | Los Angeles, CA 90064<br>Telephone: (310) 312-2000 |
| 5 |   | Facsimile: (310) 312-3100 |

Attorneys for Defendants
SHOPPLEX.COM CORPORATION,
D/B/A/ TEILHARD
TECHNOLOGIES, AND
JUXTACOMM TECHNOLOGIES,
INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

The Initial Case Management Conference is reset to February 23, 2007, at 2:00 p.m. The Joint Case Management Statement shall be filed on February 16, 2007.

Dated: _____

_____
Hon. Susan Illston
United States District Court Judge