[ALL COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA INC. and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TEILHARD TECHNOLOGIES, SHOPPLEX.COM CORPORATION, JUXTACOMM TECHNOLOGIES, INC., and SECURE GROUP, INC.,<br><br>Defendants. | Case No. C 06 2889 SI<br><br>**STIPULATED DISMISSALS WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**Honorable Susan Illston** |

1       Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY
2 STIPULATED by, between and among plaintiffs Oracle Corporation, Oracle USA Inc, and
3 Oracle International Corporation, and defendants Shopplex.com Corporation, d/b/a/ Teilhard
4 Technologies Inc., and Juxtacomm Technologies, Inc., that Civil Action No. C 06 2889 SI, and
5 all claims and counterclaims asserted in that action, be and hereby are DISMISSED IN
6 ///
7 ///
8 ///

THEIR ENTIRETY WITH PREJUDICE, with each side to bear its own costs of suit and attorneys' fees.

Dated: February 9, 2007                Respectfully submitted,

By:   /s/ Douglas E. Lumish
Matthew D. Powers (Bar No. 104795)
matthew.powers@weil.com
Douglas E. Lumish (Bar No. 183863)
doug.lumish@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Attorneys for Plaintiffs
ORACLE CORPORATION, ORACLE USA, INC. and ORACLE INTERNATIONAL CORPORATION

By:   /s/ George M. Borkowski
George M. Borkowski (Bar No. 133416)
Karen Pagnanelli (Bar No. 174763)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
SHOPPLEX.COM CORPORATION, D/B/A/ TEILHARD TECHNOLOGIES, AND JUXTACOMM TECHNOLOGIES, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        *[signature]*
Hon. Susan Illston
United States District Court Judge

STIPULATED DISMISSALS WITH PREJUDICE      2      Case No. C 06 2889 SI
SV1:\264965\01\5_g501!.DOC\66385.0018